# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HERMAN ALFONSO MORALES,

    *Petitioner*,

vs.

WARDEN ROBERT LAGRAND, et al.,

    *Respondents*.

3:15-cv-00376-RCJ-VPC

ORDER

    Petitioner has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). However, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

    Thus, the present action will be dismissed without prejudice to the filing of a new petition in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

    It does not appear from the papers presented that a dismissal without prejudice will materially affect a later analysis of any timeliness issue with regard to a promptly filed new action.[1] Petitioner at

---

[1] This court may take judicial notice of the state-court dockets and it appears that petitioner pursued state postconviction relief until March 25, 2008 and then took no further action until September 22, 2014. *See* Eighth Judicial District Court Case No. 03C196919; Nevada Supreme

(continued...)

all times remains responsible for properly exhausting his claims, for calculating the running of the federal limitation period as applied to his case, and for properly commencing a timely-filed federal habeas action.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action with a properly completed application form to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: This 9th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1](...continued)
Court Case Nos. 67904, 67836, 66748.